USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In Re Ex Parte Application of T-SYSTEMS          :
SCHWEIZ AG & T-SYSTEMS AUSTRIA                  :
GESMBH, to take discovery for use in foreign    :    1:20-mc-308-GHW
proceeding                                                    :
                                                              :           ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the Ex Parte Application of T-Systems Schwartz AG & T-Systems Austria GesmbH for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than September 10, 2020, and to retain proof of service. Any opposition to the application must be served no later than September 24, 2020. Petitioner's reply, if any, is due no later than October 1, 2020.

The Court will hold a hearing on the Application by teleconference on October 8, 2020 at 1 p.m. All parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: September 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge